DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Hill v. Hill<br><br>Case below:<br>181 N.C. App. 69 | No. 138P06-2 | 1. Plt's Notice of Appeal Based Upon a Constitutional Question (COA06-331) | 1. Dismissed *ex mero motu* 06/27/07 |
| | | 2. Plt's PDR Under N.C.G.S. § 7A-31 | 2. Denied 06/27/07 |
| | | 3. Defs' Notice of Appeal Based Upon a Constitutional Question | 3. Dismissed *ex mero motu* 06/27/07 |
| | | 4. Plt's Motion for Sanctions and Notice Regarding the Dependency of Federal Bankruptcy Court Proceedings on Ruling in 138P06-2 | 4. Denied 06/27/07<br><br>**Martin, J., Recused**<br>**Timmons-Goodson, J., Recused** |
| Hollin v. Johnston Cty. Council On Aging<br><br>Case below:<br>181 N.C. App. 77 | No. 079P07 | Defs' Motion for Temporary Stay (COA06-310) | Allowed 02/08/07<br><br>**Hudson, J., Recused** |
| Howard v. UNC Chapel Hill<br><br>Case below:<br>181 N.C. App. 148 | No. 069P07 | Def's PDR Under N.C.G.S. 7A-31 (COA06-487) | Denied 06/27/07<br><br>**Hudson, J., Recused** |
| In re A.S. & M.J.W.<br><br>Case below:<br>181 N.C. App. 706 | No. 140A07 | 1. Respondent's (Father) NOA Based Upon a Constitutional Question (COA06-1028) | 1. —— |
| | | 2. Guardian ad Litem's Motion to Dismiss Appeal | 2. Allowed 06/27/07 |
| In re J.E. & B.E.<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 231A07 | 1. Respondent's (Mother) NOA (Dissent) (COA06-1553) | 1. —— |
| | | 2. Respondent's (Mother) PDR as to Additional Issues | 2. Denied 06/27/07 |